Lockhart & Brown, of Lubbock, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is possession of intoxicating liquor for the purpose of sale; the punishment, confinement in the penitentiary for one year.

Upon the written request of appellant, duly verified by her affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**Lenton JOHNSON v. STATE.**
No. 17611.

Court of Criminal Appeals of Texas.
March 27, 1935.

C. E. Florence, of Gilmer, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for robbery, punishment assessed being five years in the penitentiary.

Appellant has filed his affidavit with this court advising that he does not further desire to prosecute his appeal, and at his request the same is dismissed.

**Lenton JOHNSON v. STATE.**
No. 17612.

Court of Criminal Appeals of Texas.
March 27, 1935.

C. E. Florence, of Gilmer, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is robbery; penalty assessed at confinement in the penitentiary for five years.

Upon the written motion of the appellant, duly verified by his affidavit, the appeal is dismissed.

**W. H. LEE v. STATE.**
No. 17423.

Court of Criminal Appeals of Texas.
March 20, 1935.

A. C. Chrisman, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, two years in the penitentiary.

There is neither statement of facts nor bills of exception in the record. We observe no defect in any matter of procedure.

The judgment will be affirmed.

**W. I. McKAUGHAN v. STATE.**
No. 17609.

Court of Criminal Appeals of Texas.
April 3, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for murder; punishment, five years in the penitentiary.

We find with the record an affidavit in due form requesting that this appeal be dismissed. The request is granted. The appeal is dismissed.